**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>        Plaintiff,<br><br>   v.<br><br>HEWLETT PACKARD ENTERPRISE CO., HP ENTERPRISE SERVICES, LLC, and SILVER PEAK SYSTEMS, INC.,<br><br>        Defendants. | Civil Action No. 6:16-cv-00086<br><br>JURY TRIAL DEMANDED |

**DEFENDANT SILVER PEAK SYSTEMS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Silver Peak Systems, Inc., through its undersigned counsel, states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: June 3, 2016

                                                Respectfully submitted,

                                                */s/ Michael J. Sacksteder*
                                                Michael J. Sacksteder, CSB No. 191605
                                                (Admitted E.D. Texas)
                                                Email: msacksteder@fenwick.com
                                                FENWICK & WEST LLP
                                                555 California Street, 12th Floor
                                                San Francisco, CA 94104
                                                Telephone:    415.875.2300
                                                Facsimile:     415.281.1350

                                                Attorneys for Defendant
                                                SILVER PEAK SYSTEMS, INC.