# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>            Plaintiff,<br>      v.<br><br>HEWLETT PACKARD ENTERPRISE CO., HP ENTERPRISE SERVICES, LLC,<br><br>            Defendants. | Case No. 6:16-cv-00086-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br><br>            Plaintiff,<br>      v.<br><br>VERITAS TECHNOLOGIES LLC, SAVVIS COMMUNICATIONS CORPORATION,<br><br>            Defendants. | Case No. 6:16-cv-00087-RWS-JDL |
| REALTIME DATA LLC d/b/a IXO,<br><br>            Plaintiff,<br>      v.<br><br>DELL INC. and EMC CORPORATION,<br><br>            Defendants. | Case No. 6:16-cv-00089-RWS-JDL |

**JOINT STATUS REPORT REGARDING IPRS**

Pursuant to the Court's June 21, 2018 order, the parties in the above captioned cases hereby provide this joint status report regarding status of the IPR proceedings.

| IPR No. | Challenged Claims | Current Status |
|---|---|---|
| IPR2016-00783 | Claims 1-4, 8, 14-17, 21, and 28 of USP 6,597,812 | • PTAB issued a Final Written Decision on 09/28/2017, finding that the Petitioners have shown by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Realtime filed an appeal to the Federal Circuit, docketed 11/06/2017. |
| IPR2016-00978<br>IPR2017-00366 | Claims 1-4, 6, 10-16, 18-20, and 22 of USP 8,643,513 | • PTAB issued a Final Written Decision on 10/30/2017, finding that the Petitioners have shown by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Realtime filed an appeal to the Federal Circuit, docketed 11/06/2017. |
| IPR2016-00980 | Claims 48-49 of USP 7,378,992 | • PTAB issued a Final Written Decision on 10/27/2017, finding that the Petitioners have shown by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Realtime filed an appeal to the Federal Circuit, docketed 11/06/2017. |
| IPR2016-01002<br>IPR2017-00364 | Claims 1-2, 4-6, 9, 11, 21-22, and 24-25 of USP 9,116,908 | • PTAB issued a Final Written Decision on 10/31/2017, finding that the Petitioners did not show by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Defendants filed an appeal to the Federal Circuit, docketed 01/02/2018. |
| IPR2016-00972<br>IPR2017-00365 | Claims 1-5, 9-12, 14, 18-19, and 24 of USP 7,415,530 | • PTAB issued a Final Written Decision on 5/15/2018, finding that the Petitioners did not show by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Defendants intend to file an appeal to the Federal Circuit no later than 07/17/2018. |

| IPR No. | Challenged Claims | Current Status |
|---|---|---|
| IPR2017-00176<br>IPR2017-01688 | Claims 104-105 of USP 7,161,506 | • PTAB issued a Final Written Decision on 5/25/2018, finding that the Petitioners have shown by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Notice of appeal is due 07/27/2018. |
| IPR2017-00179<br>IPR2017-01690 | Claims 1-10, 15, 20, and 24 of USP 9,054,728 | • PTAB issued a Final Written Decision on 5/25/2018, finding that the Petitioners did not show by a preponderance of the evidence that the asserted claims are unpatentable.<br>• Defendants intend to file an appeal to the Federal Circuit no later than 07/27/2018.<br>• IPR2018-00614 was filed by Hughes Network Systems, LLC and EchoStar Corporation on 02/13/2018, challenging '728 patent claim 25 only.<br>• IPR2018-00703 was filed by Acronis, Inc. on 02/26/2018, challenging '728 patent claims 1, 2, 4-6, 9, 10, 15, 20, 24, and 25 only. |

Dated: June 28, 2018                                Respectfully submitted,


By: /s/ C. Jay Chung
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Christian Conkle (CA SB No. 306374)

Email: cconkle@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea Fair
State Bar No. 24078488
E-mail: Andrea@wsfirm.com
**Ward, Smith & Hill, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**Attorneys for Plaintiff**
**REALTIME DATA LLC d/b/a IXO**

Dated:  June 28, 2018          By:   */s/ Lisa D. Zang*

Melissa R. Smith
(TX Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

Edward G. Poplawski
(CA Bar No. 113590)
epoplawski@wsgr.com
Olivia M. Kim

(CA Bar No. 228382)
okim@wsgr.com
Lisa D. Zang
(CA Bar No. 294493)
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329

*Counsel for Defendants*
*HEWLETT PACKARD ENTERPRISE CO. and*
*HP ENTERPRISE SERVICES, LLC*

Dated:  June 28, 2018           By:   */s/ Kourtney Mueller Merrill*

Douglas L. Sawyer (Lead Attorney)
Illinois State Bar No. 6275849
**Perkins Coie LLP**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400
DSawyer@perkinscoie.com

Kourtney Mueller Merrill
Colorado State Bar No. 36662
**Perkins Coie LLP**
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202
Phone: (303) 291-2388
Fax: (303) 291-3488
KMerrill@perkinscoie.com

Roger Brian Craft
Texas State Bar No. 04972020
Eric Hugh Findlay
Texas State Bar No. 00789886
**FINDLAY CRAFT P.C.**
102 North College Avenue, Suite 900
Tyler, TX 75702
Phone: (903) 534-1100

        Fax: (903) 534-1137
        bcraft@findlaycraft.com
        efindlay@findlaycraft.com

        ***Attorneys for Defendant Savvis***
        ***Communications Corporation***


Dated:  June 28, 2018      By:    */s/ Lisa K. Nguyen*
        LATHAM & WATKINS LLP
        Dean G. Dunlavey
        650 Town Center Drive, 20th Floor
        Costa Mesa, CA 92626-1925
        Tel: (714) 540-1235 / Fax: (714) 755-8290
        dean.dunlavey@lw.com

        Lisa K. Nguyen
        140 Scott Drive
        Menlo Park, CA 94025-1008
        Tel: (650) 328-4600 / Fax: (650) 463-2600
        lisa.nguyen@lw.com

        Alan M. Billharz
        555 Eleventh Street, NW, Suite 1000
        Washington, D.C. 20004
        Tel: (202) 637-2200 / Fax: (202) 637-2201
        alan.billharz@lw.com

        Amit Makker
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        Tel: (415) 391-0600 / Fax: (415) 395-8095
        amit.makker@lw.com


        FINDLAY CRAFT, P.C.
        Eric H. Findlay
        State Bar No. 00789886
        Brian Craft
        State Bar No. 04972020
        102 N. College Ave., Suite 900
        Tyler, Texas 75702
        Tel: (903) 534-1100 / Fax: (903) 534-1137
        efindlay@findlaycraft.com
        bcraft@findlaycraft.com

*Attorneys for Defendant and Counterclaim-Plaintiff Veritas Technologies LLC*

Dated:  June 28, 2018

By: /s/ *J. Michael Woods*

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-7232
ddacus@DacusFirm.com

Cynthia D. Vreeland (BBO# 635143)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000
Cynthia.vreeland@wilmerhale.com

Gregory H. Lantier (DC Bar# 492043)
Wilmer Cutler Pickering Hale and Dorr LLP
1801 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
Gregory.lantier@wilmerhale.com

Thomas M. Dunham
D.C. Bar No. 448407
Attorney-in-Charge
J. Michael Woods
D.C. Bar No. 975433
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
Fax: (202) 282-5100
TDunham@winston.com
MWoods@winston.com

*Attorneys for Defendants,*
*Dell Inc. and EMC Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via electronic service on June 28, 2018.

                                                    /s/ C. Jay Chung