## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| REALTIME DATA LLC § | |
| § | |
| v. § | CASE NO. 6:16cv86-RWS-JDL |
| § | |
| HEWLETT PACKARD ENTERPRISE § | |
| CO., AND HP ENTERPRISE § | |
| SERVICES, LLC § | |

### FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Realtime Data LLC filed suit against Defendants Hewlett Packard Enterprise Co, and HP Enterprise Services, LLC on February 26, 2016.

**IT IS HEREBY ORDERED** that Plaintiff's claims for relief against Defendants are **DISMISSED WITH PREJUDICE** and Defendants' claims, defenses and/or counterclaims for relief (if any) against Plaintiff are **DISMISSED WITHOUT PREJUDICE.** All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 25th day of October, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE